IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEONTA LATRAVIN KELLY**            **PLAINTIFF**

**v.**            **No. 4:20CV88-RP**

**COMMISSIONER PELICIA E. HALL**
**COMMISSIONER TOMMY TAYLOR**
**SUPERINTENDENT MARSHAL TURNER**
**DEPUTY WARDEN LEE SIMON**
**CORRECTIONS OFFICER JOHN DOE**            **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S
## MOTION FOR DISCOVERY

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Mississippi State Penitentiary in Parchman, Mississippi. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 22nd day of January, 2021.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE