IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEONTA LATRAVIN KELLY**                                                           **PLAINTIFF**

**v.**                                                        **No. 4:20CV88-RP**

**PELICIA E. HALL, ET AL.**                                                      **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, defendants Hall, Taylor, Turner, and Simon are **DISMISSED** with prejudice from this case for failure to state a constitutional claim against them. The plaintiff identified defendant John Doe as Corrections Officer Spencer during his *Spears* hearing; as such the Clerk of the Court is **DIRECTED** to amend the docket to reflect that change. The plaintiff's claim of excessive force against Corrections Officer Spencer will, however, **PROCEED**.

**SO ORDERED**, this, the 2nd day of February, 2021.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE