IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEONTA LATRAVIN KELLY**                                                    **PLAINTIFF**

**v.**                                                                              **No. 4:20CV88-RP**

**PELICIA E. HALL, ET AL.**                                                  **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On September 29, 2020, the court entered an order requiring the plaintiff to "keep the court informed of his current address." The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order, as the plaintiff has twice failed to sign and return acknowledgment forms mailed to the address he has provided the court. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 1st day of June, 2022.

                                                                    /s/ Roy Percy
                                                              UNITED STATES MAGISTRATE JUDGE