IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEONTA LATRAVIN KELLY**                          **PLAINTIFF**

**v.**                          **No. 4:20CV88-RP**

**PELICIA E. HALL, ET AL.**                          **DEFENDANTS**

**ORDER RESCINDING PREVIOUS ORDER,
REINSTATING CASE**

The court takes up, *sua sponte*, the reinstatement of this case. On June 1, 2022, the court entered an order [42] dismissing the instant case under Fed. R. Civ. P. 41(b) for failure to prosecute. That order was entered in error and is **RESCINDED**. The court will enter a separate case management order.

**SO ORDERED**, this, the 17th day of June, 2022.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE